# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Carmen John Perri

v.

Green Bay Properties, L.P., et al.

Plaintiff(s)

Defendant(s).

CASE NUMBER: 2:20-cv-03934-AB-JPR

**NOTICE OF MEDIATION DATE**

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for August 3, 2020   at 10:00   ☑ a.m. / ☐ p.m.

LOCATION: Zoom Video Conference

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: August 3, 2020

Panel Mediator: Gene B. Sharaga, Esq.
Address: 7519 Eisenhower Street

Ventura, CA 93003
Phone: 805-794-4360