JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARMEN JOHN PERRI,<br><br>                    Plaintiff,<br><br>v.<br><br>GREEN BAY PROPERTIES, L.P.,<br><br>                    Defendant. | Case No. 2:20-CV-03934-AB-JPR<br><br><br>ORDER DISMISSING CIVIL ACTION |

        THE COURT having been advised by counsel that the above-entitled action has been settled;

        IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 30, 2020         _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.